IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01869-BNB

UNITED STATES OF AMERICA,

Plaintiff,

v.

DAVID W. THOMAS, and
THOMAS FAMILY LIVING TRUST,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Unopposed Motion to Vacate and Reset the Scheduling Conference** [docket no. 12, filed September 16, 2014] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Scheduling Conference set for September 29, 2014, is **vacated and reset to November 24, 2014, at 9:30 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.  The proposed Scheduling Order, submitted pursuant to District of Colorado ECF Procedures V.6, is due on or before **November 17, 2014**.  Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification.  See D.C.COLO.LCivR 83.2(b).


DATED:  September 17, 2014